EAO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. _2:08cr21-_

UNITED STATES OF AMERICA,        )
                                 )
         v.                      )        INFORMATION
                                 )
CHRISTOPHER COOPER               )


The United States Attorney charges:

From in or about 2007, the exact beginning date being unknown, and continuing to and including May 22, 2007, in the Eastern District of North Carolina, and elsewhere, the defendant CHRISTOPHER COOPER, did knowingly, intentionally and unlawfully combine, conspire, confederate, and tacitly agree with other persons, both known and unknown, to distribute, and to possess with the intent to distribute more than fifty (50) grams of cocaine base (crack), and five-hundred (500) grams of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841 (a)(1). All in violation of Title 21, United States Code, Section 846.


GEORGE E.B. HOLDING
United States Attorney

_____
BY: ETHAN A. ONTJES
Assistant United States Attorney