# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Christopher Cooper            Docket No. 2:08-CR-21-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Cooper, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 50 Grams of Cocaine Base (Crack) and 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 6, 2009, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Christopher Cooper was released from custody on February 4, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On February 8, 2014, the defendant was charged in Perquimans County, North Carolina, by the North Carolina State Highway Patrol with Driving While Impaired and Reckless Driving to Endanger. Cooper was the single occupant of his vehicle, which he crashed into a ditch. No injury to persons or property was reported, other than damage to the defendant's vehicle. According to Trooper K. Briggs, the defendant, who registered a Blood Alcohol Content of .014, was honest and cooperative. Cooper reported the incident to the probation officer immediately and accepted responsibility for his actions. The matter remains pending in Perquimans County District Court (14CR50050). It is, therefore, respectfully recommended that the conditions of supervision be modified to add alcohol abstinence and five weekends of intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher Cooper
Docket No. 2:08-CR-21-1BO
Petition For Action
Page 2

PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall be confined in the custody of the Bureau of Prisons from 8:00 a.m. each Saturday until 6:00 p.m. each Sunday for a period of 5 consecutive weekends as arranged by the U.S. Probation Office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Tuell Waters<br>Tuell Waters<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: February 18, 2014 |

## ORDER OF COURT

Considered and ordered this __19__ day of __February__, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge