UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Cooper     Docket No. 2:08-CR-21-1BO

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Cooper, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 50 Grams of Cocaine Base (Crack) and 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 6, 2009, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years. On February 19, 2014, conditions of supervised release were modified to add alcohol abstinence and 10 days intermittent confinement after the defendant was charged with Driving While Impaired.

Christopher Cooper was released from custody on February 4, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 2, 2015, the defendant submitted a urine specimen which was subsequently tested by Alere Toxicology Services, Inc. and determined to be positive for cocaine. When confronted, Cooper acknowledged the validity of the test and admitted to making poor decisions. Furthermore, the defendant is participating in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the third use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons from 8:00 a.m. each Saturday until 6:00 p.m. each Sunday for a period of 5 consecutive weekends as arranged by the U.S. Probation Office, and shall abide by all rules and regulations of the designated facility.

Christopher Cooper
Docket No. 2:08-CR-21-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: September 23, 2015

### ORDER OF COURT

Considered and ordered this 25 day of September, 2015, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge